**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-2269**

———————————

MICHAEL A. MCNEIL,

            Debtor - Appellant,

        v.

V. PETER MARKUSKI, JR.,

            Defendant – Appellee,

        and

BRIAN ARTHUR GOLDMAN; NANCY SPENCER GRIGSBY,

            Trustees.


———————————

**No. 13-2276**

———————————

MICHAEL A. MCNEIL,

            Debtor - Appellant,

        v.

STEPHEN A. DRAZIN,

            Defendant – Appellee,

        and

BRIAN A. GOLDMAN; NANCY SPENCER GRIGSBY,

            Trustees.

Appeals from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:12-cv-03706-WDQ; 1:12-cv-03819-WDQ)

Submitted: March 25, 2014                    Decided: March 27, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Michael A. McNeil, Appellant Pro Se. Jeffrey Wayne Bernstein, GOOZMAN, BERNSTEIN & MARKUSKI, Laurel, Maryland; Stephen A. Drazin, Columbia, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Michael A. McNeil appeals the district court's order affirming the bankruptcy court's orders overruling his objections to proofs of claim in his bankruptcy proceeding. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. McNeil v. Markuski, No. 1:12-cv-03706-WDQ; McNeil v. Drazin, No. 1:12-cv-03819-WDQ (D. Md. Oct. 10, 2013). We deny McNeil's motion to strike Appellee's informal brief and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED